IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JEANNE WEINSTEIN, Individually and on behalf of all others similarly situated under 29 USC 216(b)<br>*Plaintiffs,*<br><br>v.<br><br>440 CORP. d/b/a THE RIDGE GREAT STEAKS & SEAFOOD AND STEPHEN CAMPBELL<br>*Defendants.* | No. 2:19-cv-00105-RWS |

## ORDER

Having considered the Plaintiffs' Motion for Leave to Exceed Page Limit, which is unopposed, the Court is of the opinion that the Motion should be, and is hereby, **GRANTED**.

It is, therefore, **ORDERED** that Plaintiffs may file a reply in support of Plaintiffs' Motion for Conditional Certification [Doc. No. 14] with a page limit not to exceed twenty (25) pages.

Signed this 8th day of Aug., 2019.

_____
UNITED STATES DISTRICT JUDGE