# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **JEANNE WEINSTEIN,** Individually and on behalf of all others similarly situated under 29 USC 216(b)<br><br>*Plaintiff,*<br><br>v.<br><br>**440 CORP. d/b/a The Ridge Great Steaks & Seafood and STEPHEN CAMPBELL**<br><br>*Defendants.* | Civil No. 2:19-cv-00105-RWS |

## PLAINTIFF'S NOTICE OF FILING OPT-IN CONSENT FORMS

Pursuant to 29 U.S.C. § 216(b), the undersigned counsel files the attached consents on behalf of the following individuals who opt-in to this action as party-plaintiffs:

- Jusstina Bortz [Ex A]
- Thomas Hanson [Ex B]

1

Respectfully submitted,

By: */s/ Drew N. Herrmann*
    Drew N. Herrmann
    (Admitted *pro hac vice*)
    HERRMANN LAW, PLLC
    801 Cherry St., Suite 2365
    Fort Worth, Texas 76102
    Telephone: (817) 479-9229
    Fax: (817) 887-1878
    Email: drew@herrmannlaw.com

    C. Andrew Head
    Georgia Bar No. 341472
    HEAD LAW FIRM, LLC
    1170 Howell Mill Road, NW Suite 305
    Atlanta, Georgia 30318 (satellite office)
    4422 N Ravenswood Ave
    Chicago, IL 60640 (resident office)
    Telephone: (404) 924-4151
    Facsimile: (404) 796-7338
    Email: ahead@headlawfirm.com
    (Local Counsel)

    ATTORNEYS FOR PLAINTIFF
    AND COLLECTIVE MEMBERS

## CERTIFICATE OF SERVICE

I certify that on January 17, 2020 a true and correct copy of the above document will be served on counsel for Defendants *via CM/ECF*.

/*s/ Drew N. Herrmann*
Drew N. Herrmann



## CONSENT TO JOIN FLSA LAWSUIT

I understand that this lawsuit is brought under the Fair Labor Standards Act and that I may be eligible to join this lawsuit filed by Jeanne Weinstein (the "named plaintiff") to recover unpaid wages, liquidated damages, attorneys' fees, and costs from 440 Corp d/b/a The Ridge Great Steaks & Seafood and Stephen Campbell (the "Defendants").

I understand that I will be bound by a judgment of the court. I will also be bound by and will share in any judgment by the Court or any settlement of this action.

I understand that I designate the named plaintiff as my agent to make decisions on my behalf concerning this litigation against Defendants, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning representation and all other matters pertaining to this FLSA lawsuit against Defendants. These decisions and agreements made and entered into by the named plaintiff will be binding on me if I sign this consent.

I understand that named plaintiff has entered into a Representation Agreement ("Representation Agreement") with Herrmann Law, PLLC and Head Law Firm, LLC, which applies to all plaintiffs who sign and file this consent. If I sign this consent, I agree to be bound by the Representation Agreement. I further understand that I may obtain a copy of the Representation Agreement by requesting it from Plaintiffs' counsel. By signing this consent, I understand that I designate Drew N. Herrmann and C. Andrew Head and any other attorneys with whom they may associate to represent me for all purposes in this lawsuit.

I agree and understand that Plaintiffs' Counsel and/or Plaintiff may in the future appoint other individuals to be Representative Plaintiffs in this litigation against Defendants. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to this litigation against Defendants. I further acknowledge that this consent is intended to be filed to recover my unpaid wages against Defendants whether in the action with the named plaintiff or in any subsequent action that may be filed on my behalf for such recovery. This consent may be used in this case or in any subsequent case as necessary.

**I consent and agree to join this lawsuit as a "opt-in" plaintiff to pursue my claims for unpaid wages arising out my employment with Defendants in connection with the above-referenced lawsuit.**

_Jusstina Bortz_ (DocuSigned)         1/14/2020

Signature         Date

Jusstina Bortz

Printed Name

**CONSENT TO JOIN FLSA LAWSUIT**

Exhibit B

      I understand that this lawsuit is brought under the Fair Labor Standards Act and that I may be eligible to join this lawsuit filed by Jeanne Weinstein (the "named plaintiff") to recover unpaid wages, liquidated damages, attorneys' fees, and costs from 440 Corp d/b/a The Ridge Great Steaks & Seafood and Stephen Campbell (the "Defendants").

      I understand that I will be bound by a judgment of the court. I will also be bound by and will share in any judgment by the Court or any settlement of this action.

      I understand that I designate the named plaintiff as my agent to make decisions on my behalf concerning this litigation against Defendants, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning representation and all other matters pertaining to this FLSA lawsuit against Defendants. These decisions and agreements made and entered into by the named plaintiff will be binding on me if I sign this consent.

      I understand that named plaintiff has entered into a Representation Agreement ("Representation Agreement") with Herrmann Law, PLLC and Head Law Firm, LLC, which applies to all plaintiffs who sign and file this consent. If I sign this consent, I agree to be bound by the Representation Agreement. I further understand that I may obtain a copy of the Representation Agreement by requesting it from Plaintiffs' counsel. By signing this consent, I understand that I designate Drew N. Herrmann and C. Andrew Head and any other attorneys with whom they may associate to represent me for all purposes in this lawsuit.

      I agree and understand that Plaintiffs' Counsel and/or Plaintiff may in the future appoint other individuals to be Representative Plaintiffs in this litigation against Defendants. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to this litigation against Defendants. I further acknowledge that this consent is intended to be filed to recover my unpaid wages against Defendants whether in the action with the named plaintiff or in any subsequent action that may be filed on my behalf for such recovery. This consent may be used in this case or in any subsequent case as necessary.

      **I consent and agree to join this lawsuit as a "opt-in" plaintiff to pursue my claims for unpaid wages arising out my employment with Defendants in connection with the above-referenced lawsuit.**

DocuSigned by:
_[signature]_
7E0E113C6A6E4B8...

Signature

1/15/2020

Date

Thomas Spencer Hanson

Printed Name