# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JEANNE WEINSTEIN, *individually and on behalf of all others similarly situated*,<br><br>  Plaintiff,<br><br>  v.<br><br>440 CORP. D/B/A THE RIDGE GREAT STEAKS & SEAFOOD *and* STEPHEN CAMPBELL,<br><br>  Defendants. | Civil Action No.<br><br>2:19-CV-105-RWS |

## ORDER

This case comes before the Court on the Defendants' Motion for Extension of Time to Complete Discovery [Dkt. 69]. The Motion is **DENIED**. Plaintiff Jeanne Weinstein opposed the Motion (although she does not oppose staying additional deadlines). And the Defendants have failed to demonstrate why an additional extension is warranted, particularly given the extensions previously granted by the Court.

Accordingly, the Court **ORDERS** as follows: General discovery is now closed. Additional discovery will be allowed as directed by the Court in ruling on Motions to Compel. The Defendants must **FILE** their Motion to Compel, if at all,

**WITHIN 7 DAYS** of this Order. Additional deadlines, including the October 30 deadline for dispositive motions, are hereby **STAYED** pending the Court's ruling on the pending Motions.

**SO ORDERED** this 19th day of October, 2020.

_____
**RICHARD W. STORY**
United States District Judge