UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JEANNE WEINSTEIN, individually and on behalf of all other similarly situated,<br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>440 CORP. d/b/a THE RIDGE – GREAT STEAKS AND SEAFOOD, STEPHEN CAMPBELL,<br>　　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  2:19-CV-105-RWS |

## **JUDGMENT**

This action having come before the Court, Honorable Richard W. Story, United States District Judge, for a bench trial held October 10, 2023, and the Court having considered the evidence, and having issued its Findings of Fact and Conclusions of Law under Federal Rules of Civil Procedure 52(a), it is

**Ordered and Adjudged** that judgment is hereby entered in favor of Defendants 440 Corp., d/b/a The Ridge – Great Steaks and Seafood and Stephen Campbell and against Plaintiff Jeanne Weinstein.

Dated at Gainesville, Georgia this 17th day of October, 2023.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT


By:　s/ D. McGoldrick_____
　　　Deputy Clerk


Prepared, filed, and entered
in the Clerk's Office
October 17, 2023
Kevin P. Weimer
Clerk of Court

By: s/ D. McGoldrick_____
　　　Deputy Clerk